# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0464.  ISAAC J. NEWTON et al. v. MOHAMMED ASARIA et al.**

Plaintiffs filed an action against Defendants Isaac J. Newton and Beresford Mack seeking damages for defamation, libel, and tortious interference, as well as equitable relief.  Defendants Newton and Mack answered and asserted a counterclaim against plaintiffs and others.  Plaintiffs filed a notice to depose Defendant Mack, and the Defendants moved to strike the notice.  The trial court denied their motion, and Defendants Newton and Mack filed a notice of appeal.  However, we lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas Co.*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995).  It appears that no final order has been entered below.  Accordingly, Defendants Newton and Mack were required to follow the interlocutory application procedures in OCGA § 5-6-34 (b).  See *Miller v. Miller*, 282 Ga. 164 (646 SE2d 469) (2007).  Their failure to do so deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED as premature.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/01/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*